**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN THE MATTER OF APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH AND SEIZURE WARRANT FOR<br><br>2661 VIRGO DRIVE, LAS VEGAS, NEVADA, 89156 **(A-1)** | Case No. 2:20-mj-00642-DJA<br><br>**ORDER TO UNSEAL** |

Based upon the Motion of the Government, and good cause appearing, the Court orders that the above captioned matters and all documents filed therein are unsealed.

This __13th__ day of August, 2020.

IT IS SO ORDERED:

_____
THE HONORABLE DANIEL J. ALBERGTS
UNITED STATES MAGISTRATE JUDGE

3